AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

KRAMER ALBERTI LIM
& TONKOVICH LLP
Robert F. Kramer (SBN 181706)
rkramer@krameralberti.com
David Alberti (SBN 220625)
dalberti@ krameralberti.com
Sal Lim (SBN 211836)
slim@krameralberti.com
Russell S. Tonkovich (SBN 233280)
rtonkovich@krameralberti.com
577 Airport Blvd, Suite 250
Burlingame, CA. 94010
Tel: 650 825-4300
Fax: 650 460-8443

Attorneys for Plaintiff
Polaris PowerLED Technologies, LLC

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VIZIO, INC., HON HAI PRECISION INDUSTRY CO., LTD. D/B/A FOXCONN TECHNOLOGY GROUP, COMPETITION TEAM TECHNOLOGY USA INC., TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., TOP VICTORY INVESTMENTS LTD., TPV TECHNOLOGY LTD., TPV INTERNATIONAL (USA), INC., TREND SMART AMERICA, LTD., INNOLUX CORP., INNOLUX USA, INC., AMTRAN TECHNOLOGY CO., LTD., AMTRAN LOGISTICS, INC., and NEWEGG, INC.,<br><br>Defendants. | Case No. 2:23-cv-03478<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

POLARIS POWERLED TECHNOLOGIES, LLC v. VIZIO, INC., et al.
Case No. 2:23-cv-03478

## ATTACHMENT NO. 2 -ADDENDUM TO SUMMONS

## DEFENDANTS TO BE SERVED

| | |
|---|---|
| VIZIO, Inc.<br>c/o Registered Agent Solutions, Inc.<br>5301 Southwest Parkway, Suite 400<br>Austin, TX 78735 | Hon Hai Precision Industry Co., Ltd.<br>d/b/a Foxconn Technology Group<br>No. 2, Zihyou Street, Tucheng Dist., New Taipei City, 236, Taiwan |
| AmTRAN Logistics, Inc<br>Derek Ting<br>14430 Monte Vista<br>Chino, CA 9171 | Top Victory Electronics (Taiwan) Co. Ltd.<br>10F, No. 230, Liancheng Road, New Taipei City, Taiwan |
| Competition Team Technology USA Inc<br>Robert Shei<br>1320 Valley Vista Dr Ste 204<br>Diamond Bar, CA 91765 | Top Victory Investments, Ltd.<br>Rm 1023, 10th Fl, Suite 1023 Harbour City, 5 Canton Road, Tsim Sha Tsui, Hong Kong |
| TPV International (USA), Inc.<br>c/o Registered Agent Solutions, Inc.<br>5301 Southwest Parkway, Suite 400<br>Austin, TX 78735 | TPV Technology Ltd.<br>Units 1208-16, 12/F, C-Bons International Center, 1108 Wai Yip Street, Kwun Tong, Kowloon, Hong Kong |
| Trend Smart America, Ltd.<br>Sandy Chu<br>2 South Pointe Dr., Suite 152<br>Lake Forest, CA 92630 | Innolux Corp.<br>No. 160, Kexue Rd., Zhunan Township, Miaoli, 35053 Taiwan |
| Innolux USA, Inc.<br>c/o CSC-Lawyers Incorporating Service<br>2710 Gateway Oaks Dr., Ste 150N<br>Sacramento, CA | AmTRAN Technology Co., Ltd.<br>17F., No. 268, Liancheng Rd., Jhonghe District, New Taipei City 23353, Taiwan, R.O.C. |

| | |
|---|---|
| AmTRAN Logistics, Inc.<br>Derek Ting<br>14430 Monte Vista<br>Chino, CA  91710<br><br>Newegg, Inc.<br>c/o CSC-Lawyers Incorporating Service<br>2710 Gateway Oaks Dr., Ste 150N<br>Sacramento, CA | |