Theodore J. Angelis (pro hac vice pending)
theo.angelis@klgates.com
Jay C. Chiu
Jay.Chiu@klgates.com
K&L GATES LLP
925 Fourth Avenue
Suite 2900
Seattle, Washington 98104-1158
Telephone: +1 206 623 7580
Facsimile: +1 206 623 7022

Attorneys for Defendants
Hon Hai Precision Industry Co., Ltd. and
Competition Team Technology USA Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> VIZIO, INC., et al., <br><br> Defendants. | Case No. 2:23-cv-03478-GW-PD <br><br> **UNOPPOSED MOTION BY DEFENDANT AND JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

Defendants Hon Hai Precision Industry Co., Ltd. ("Hon Hai") and Competition Team Technology USA Inc. ("CTTUS") (collectively, "Foxconn"), and Plaintiff Polaris PowerLED Technologies, LLC ("Plaintiff"), by their respective counsel of record hereby stipulate as follows:

WHEREAS Plaintiff filed its Complaint on May 8, 2023 (Dkt. 1);

WHEREAS Plaintiff served the Complaint on CTTUS on May 9, 2023 (Dkt. 14);

WHEREAS Foxconn's responsive pleading is currently due on May 30, 2023 (Dkt. 14);

| | |
|---|---|
| 1 | WHEREAS Foxconn agrees to waive service of the summons and |
| 2 | Complaint; |
| 3 | WHEREAS, in exchange for the above-named Defendants' waiver of service |
| 4 | of process, Plaintiff does not oppose, and has agreed, subject to the Court's |
| 5 | approval, to allow Defendants Hon Hai Precision Industry Co., Ltd. and |
| 6 | Competition Team Technology USA Inc. a 45-day extension of time to respond in |
| 7 | any manner, including by way of answer, motion, or other pleading of any type to |
| 8 | Plaintiff's Complaint on or by July 17, 2023; |
| 9 | WHEREAS this is the first request for an extension of time to respond to the |
| 10 | Complaint; |
| 11 | WHEREAS Defendant represents that good cause in supporting the joint |
| 12 | stipulation for extension of time exists, because the extension allows Foxconn and |
| 13 | its recently-retained litigation counsel adequate time to evaluate the Complaint and |
| 14 | formulate their responses; |
| 15 | WHEREAS the joint stipulation for extension of time is not interposed for |
| 16 | any delay or prejudice to any party; |
| 17 | IT IS HEREBY STIPULATED AND AGREED, by and between the |
| 18 | undersigned counsel that Foxconn shall respond to the Complaint on or before July |
| 19 | 17, 2023. |
| 20 | |
| 21 | Dated: May 30, 2023                                    Respectfully submitted, |
| 22 | **K&L GATES LLP** |
| 23 | |
| 24 | By: /s/ *Jay C. Chiu* |
| | Theodore J. Angelis (pro hac vice pending) |
| 25 | theo.angelis@klgates.com |
| | Jay C. Chiu |
| 26 | Jay.Chiu@klgates.com |
| | 925 Fourth Avenue |
| 27 | Suite 2900 |
| | Seattle, Washington 98104-1158 |
| 28 | Telephone: +1 206 623 7580 |

|   |   |
|---|---|
| 1 | Facsimile: +1 206 623 7022 |
| 2 | Attorneys for Defendants *Hon Hai Precision Industry Co., Ltd.* and *Competition Team Technology USA Inc.* |
| 3 | |
| 4 | |
| 5 | **KRAMER ALBERTI LIM AND TONKOVICH LLP** |
| 6 | |
| 7 | By: /s/ *Robert F. Kramer* |
| 8 | Robert F. Kramer<br>David L Alberti |
| 9 | Russell S Tonkovich<br>Sal Lim |
| 10 | 577 Airport Boulevard, Suite 250<br>Burlingame, CA 94010 |
| 11 | 650-825-4300<br>rkramer@krameralberti.com |
| 12 | dalberti@krameralberti.com<br>rtonkovich@krameralberti.com |
| 13 | Attorneys for Plaintiff *Polaris PowerLED Technologies, LLC* |

506734226.1

- 3 -

UNOPPOSED MOTION AND JOINT
STIPULATION FOR EXTENSION OF TIME
2:23-CV-03478-GW-PD

## ATTESTATION

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

          /s/ *Jay C. Chiu*
          Jay C. Chiu

506734226.1

- 4 -

UNOPPOSED MOTION AND JOINT STIPULATION FOR EXTENSION OF TIME
2:23-CV-03478-GW-PD