|   |   |
|---|---|
| 1 | KRAMER ALBERTI LIM & TONKOVICH LLP |
|   | Robert F. Kramer (SBN 181706) |
| 2 | rkramer@krameralberti.com |
|   | David Alberti (SBN 220625) |
| 3 | dalberti@ krameralberti.com |
|   | Sal Lim (SBN 211836) |
| 4 | slim@krameralberti.com |
|   | Russell S. Tonkovich (SBN 233280) |
| 5 | rtonkovich@krameralberti.com |
|   | 577 Airport Blvd, Suite 250 |
| 6 | Burlingame, CA. 94010 |
|   | Tel: 650 825-4300 Fax: 650 460-8443 |
| 7 |   |
|   | Attorneys for Plaintiff |
| 8 | POLARIS POWERLED TECHNOLOGIES, LLC |
| 9 | ZACHARIAH SUMMERS (SBN 255284) |
|   | zachsummers@quinnemanuel.com |
| 10 | 865 S. Figueroa St.,10th Floor |
|   | Los Angeles, CA  90017 |
| 11 | Tel:  (213) 443-3000 Fax:  (213) 443-3100 |
| 12 | Attorneys for Defendants |
|   | VIZIO, INC. and Defendants listed on signature page |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| POLARIS POWERLED TECHNOLOGIES, LLC, | Case No. 2:23-cv-03478-GW-PDx |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. |   |
| VIZIO, INC., HON HAI PRECISION INDUSTRY CO., LTD. D/B/A FOXCONN TECHNOLOGY GROUP, COMPETITION TEAM TECHNOLOGY USA INC., TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., TOP VICTORY INVESTMENTS LTD., TPV TECHNOLOGY LTD., TPV INTERNATIONAL (USA), INC., TREND SMART AMERICA, LTD., INNOLUX CORP., INNOLUX USA, INC., AMTRAN TECHNOLOGY CO., LTD., AMTRAN LOGISTICS, INC., and NEWEGG, INC., | Complaint served: May 8, 2023 |
|   | Current response dates: May 30, 2023 |
|   | May 31, 2023 |
|   | June 2, 2023 |
|   | June 12, 2023 |
|   | New response dates: June 6, 2023 |
|   | June 7, 2023 |
|   | June 9, 2023 |
|   | June 19, 2023 |
| Defendants. |   |

|   |   |
|---|---|
| 1 | Pursuant to Local Rule 8-3, the below-referenced parties, by and through |
| 2 | their counsel, hereby stipulate and agree as follows: |
| 3 | WHEREAS Plaintiff Polaris PowerLED ("Polaris PowerLED") filed its |
| 4 | initial Complaint on May 8, 2023. |
| 5 | WHEREAS Defendant VIZIO's initial deadline to respond under the Federal |
| 6 | Local Rules is May 31, 2023. |
| 7 | WHEREAS Defendant TPV International (USA), Inc.'s initial deadline to |
| 8 | respond under the Federal Local Rules is May 30, 2023 and Defendant Trend Smart |
| 9 | America, Ltd.'s initial deadline to respond under the Federal Local Rules is June 2, |
| 10 | 2023. |
| 11 | WHEREAS Defendant AmTRAN Logistics, Inc.'s initial deadline to respond |
| 12 | under the Federal Local Rules is May 30, 2023. |
| 13 | WHEREAS Central District of California Local Rule 8-3 provides that an |
| 14 | extension of 30 days or less to respond to the initial complaint is effective without |
| 15 | court approval. |
| 16 | WHEREAS no party to this action will be prejudiced by the proposed brief |
| 17 | extensions of time. |
| 18 | WHEREFORE, IT IS HEREBY STIPULATED by, between and among |
| 19 | Plaintiff and the above-listed Defendants that: |
| 20 | Defendant VIZIO's deadline to file its response to Plaintiff's Complaint is |
| 21 | extended until and including June 7, 2023. |
| 22 | Defendant TPV International (USA), Inc.'s deadline to file its response to |
| 23 | Plaintiff's Complaint is extended until and including June 6, 2023 and Defendant |
| 24 | Trend Smart America, Ltd.'s deadline to file its response to Plaintiff's Complaint is |
| 25 | extended until and including June 9, 2023. |
| 26 | Defendant AmTRAN Logistics, Inc.'s deadline to file its response to |
| 27 | Plaintiff's Complaint is extended until and including June 6, 2023. |
| 28 |   |

STIPULATED AND AGREED:

Dated: May 30, 2023

KRAMER ALBERTI LIM & TONKOVICH LLP

By: /s/ *Robert F. Kramer*
    Robert F. Kramer

Attorneys for Plaintiff
Polaris PowerLED Technologies, LLC

Dated: May 30, 2023

QUINN EMANUEL URQUHART & SULLIVAN LLP

By: /s/ *Zachariah Summers*
    Zachariah Summers

Attorneys for Defendants
VIZIO, Inc., TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., TOP VICTORY INVESTMENTS LTD., TPV TECHNOLOGY LTD., TPV INTERNATIONAL (USA), INC., TREND SMART AMERICA, LTD., INNOLUX CORP., INNOLUX USA, INC., AMTRAN TECHNOLOGY CO., LTD., and AMTRAN LOGISTICS, INC.

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.