**KRAMER ALBERTI LIM
& TONKOVICH LLP**
Robert F. Kramer (SBN 181706)
rkramer@krameralberti.com
David Alberti (SBN 220625)
dalberti@krameralberti.com
Sal Lim (SBN 211836)
slim@krameralberti.com
Russell S. Tonkovich (SBN 233280)
rtonkovich@krameralberti.com
577 Airport Blvd, Suite 250
Burlingame, CA 94010
Tel: 650 825-4300
Fax: 650 460-8443

Attorneys for Plaintiff
Polaris PowerLED Technologies, LLC

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VIZIO, INC., HON HAI PRECISION INDUSTRY CO., LTD. D/B/A FOXCONN TECHNOLOGY GROUP, COMPETITION TEAM TECHNOLOGY USA INC., TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., TOP VICTORY INVESTMENTS LTD., TPV TECHNOLOGY LTD., TPV INTERNATIONAL (USA), INC., TREND SMART AMERICA, LTD., INNOLUX CORP., INNOLUX USA, INC., AMTRAN TECHNOLOGY CO., LTD., AMTRAN LOGISTICS, INC., and NEWEGG, INC.,<br><br>    Defendants. | Case No. 2:23-cv-03478-GW-PDx<br><br>**DECLARATION OF THOMAS L. CREDELLE IN SUPPORT OF PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF**<br><br>Judge:  Hon. George Wu<br>Courtroom: 9D<br>Date:   March 18, 2024<br>Time:   8:30 a.m. |

# TABLE OF CONTENTS

I.   Qualifications and Professional Experience ..................................................1

II.   Level of Ordinary Skill in the Art..........................................................4

III.   Overview of the '148 Patent ..................................................................5

IV.   Claim Terms........................................................................................8

    A.   "staggered PWM brightness control signals / staggered pulse width modulated (PWM) brightness control signals" (claims 1 and 14).........8

    B.   "a duty cycle substantially corresponding to a duty cycle of a PWM brightness control signal applied to it" (claim 1) ......................10

    C.   "applying a different staggered PWM brightness control signals to each current set circuit" (claim 14)....................................................12

    D.   "at substantially the same duty cycle" (claim 14) ..............................16

    E.   "wherein applying a different staggered PWM brightness control signal to each current set circuit comprises" (claim 16)......................17

    F.   "applying a different staggered PWM brightness control signal to each current set circuit comprises applying each staggered PWM brightness control signals to an associated transistor" (claim 17).......19

i

I, Thomas L. Credelle, declare and state as follows:

1.    I am over the age of eighteen years and competent to make this declaration. The facts stated in this declaration are of my personal knowledge, and I know them to be true and correct.

2.    I have been retained as an expert witness by Polaris PowerLED Technologies, LLC ("Polaris") and have been asked to provide my expert opinions regarding U.S. Patent No. 7,843,148 (the "'148 patent"), which I understand has been asserted against all Defendants in this litigation.[1]

## I.    QUALIFICATIONS AND PROFESSIONAL EXPERIENCE

3.    Details of my professional qualifications and background are set out in my curriculum vitae attached hereto as **Exhibit 1**. As shown in my curriculum vitae, I have devoted my career to the research and development and product engineering of flat panel displays and materials/optics/electronics for flat panel displays. I have over 20 years of involvement in flat panel display technology including active-matrix LCD R&D, starting in 1983 at RCA Labs and continuing at GE. I led the product development of active-matrix LCDs for notebook computers at Apple in the early 1990s and had close collaboration with many LCD developers in Asia. Later in my career, while at Clairvoyante, I made significant contributions to the design and implementation of new pixel architectures for LCDs and OLEDs; both efforts involved TFT design modifications to achieve the desired goals of high pixel transmission and reduced circuit complexity. More recently, I have been involved in several patent litigation cases which required a detailed knowledge of TFT design and processing.

---

[1] "Defendants" as used herein collectively consists of **(1)** *VIZIO, Inc.*, **(2)** *Foxconn* (Hon Hai Precision Industry Co., Ltd, and Competition Team Technology USA Inc.), **(3)** *Top Victory* (Top Victory Electronics (Taiwan) Co. Ltd., Top Victory Investments Ltd., TPV Technology Ltd., TPV International (USA), Inc., Trend Smart America, Ltd.), **(4)** *Innolux* (Innolux Corp., Innolux USA, Inc.), **(5)** *AmTran* (AmTran Technology Co., Ltd., and AmTran Logistics, Inc.), and **(6)** *Newegg, Inc.*

4.      I am currently the President of TLC Display Consulting and have split my time between technical consulting and patent litigation support.

5.      I received my M.S. degree in Electrical Engineering from the Massachusetts Institute of Technology in 1970, with an emphasis on Electro Optics and Solid-State Materials. I received my B.S. degree in Electrical Engineering in 1969 from Drexel University.

6.      I was employed by RCA at Sarnoff Labs in Princeton, NJ, from 1970 through 1986 at first as a Member of the Technical Staff and later as a Group Manager in charge of all Active Matrix LCD research. During my time at RCA, I participated in research and development projects relating to optical materials and flat panel displays, including LCD devices. In 1983, I established the Thin Film Transistor ("TFT") LCD Program at Sarnoff Labs. As a Group Manager, I led a project that resulted in the development of the first poly silicon TFT LCD at Sarnoff Labs. I received the Sarnoff Outstanding Achievement Award for Large Area Flat Panel TV Developments.

7.      From 1986 to 1991, I was employed by GE as the Manager of TFT LCD Research and Development at the GE Research and Development Center in Schenectady, NY. My duties included contributing to and managing research and development efforts relating to TFT and LCD technology for avionics applications. While employed by GE, I led the team that built the world's first 1-million-pixel color LCD device. I also led the development of numerous other display devices utilizing LCD technology.

8.      From 1991 to 1994, I was employed by Apple Computer as the Manager of Display Engineering. In my role at Apple, I supervised all TFT-LCD design (in-house and at vendors), engineering, and qualification for the first PowerBook notebook computers introduced to market in the United States. A key part of my effort was the evaluation and development of active matrix LCDs with improved performance, such as viewing angle, contrast ratio and uniformity and backlight

2

control.

9. From 1994 to 1996, I was employed as the Director of Advanced Product Marketing by Allied Signal, where I was involved with the design and engineering of optical films and custom focusing LED backlight designs for improving the viewing angle performance of LCD devices.

10. From 1996 to 1999, I was employed as the Director of Product Marketing for Motorola's Flat Panel Display Division, where I worked in the development of new flat panel technology, and I also worked closely with Motorola groups responsible for integrating TFT-LCD technology into mobile phone products.

11. From 1999 to 2001, I served as the Vice President of Operations of Alien Technology Corporation. During my time at Alien Technology, I was involved with the design and architecture of drive electronics packaging technology suitable for flexible LCD devices.

12. From 2001 to 2007, I served as the Vice President of Engineering for Clairvoyante, Inc. My responsibilities as the VP of Engineering included managing research, development, engineering, and marketing of technologies for improving the resolution and power consumption of color flat panel displays, which required significant changes to the TFT-LCD layout and LED backlight. During my time at Clairvoyante, I was therefore heavily involved with the design of the active-matrix array and the LCD driving circuitry. My work resulted in the issuance of multiple patents relating to TFT-LCD and TFT-OLED display technology.

13. From 2007 to 2008, I served as the Senior VP of Engineering for Puredepth, Inc. My responsibilities included the design of hardware and software to create 3D images on TFT-LCDs. Hardware included a high-brightness, high power LED backlight source that had to survive in slot machines 24/7. LED backlight controllers were an important part of this development work.

14. From 2008 to 2012, I served as VP Engineering at Display Engineering, a company founded to design and sell high-brightness LED-LCDs for outdoor use.

3

Commercial LCD displays were converted to high brightness through a complete redesign of the LED backlight, LED driving circuits, and LED cooling. LED controllers were selected based on the requirements of the newly engineered LED backlights, which were based on strings of LEDs.

15. From 2012 through 2015, I served as the Vice President of Application Engineering and Device Performance for Innova Dynamics, Inc., a nanotechnology company developing materials to be used in LCDs and touch sensors. In 2008, I founded TLC Display Consulting, a company that provides technical consulting in the areas of flat panel displays, liquid crystal displays, and related electronics. I currently serve as the President of TLC Display Consulting.

16. I have been an active member of the Society for Information Display ("SID") for over 40 years, having attended every SID Annual Technical Symposium since 1972. I was a member of the Society for Information Display's Program Committee for 15 years, and the Director of the Society for Information Display's Symposium Committee for 10 years. In 1984, I was awarded the title of Fellow of the Society for Information Display in recognition of my achievements and contributions to flat panel display technology.

17. I am a named inventor on over 80 US patents relating to flat panel display and LCD technology. I have also authored several articles relating to LCD technology and flat panel displays that were published by industry periodicals such as Information Display and peer reviewed journals such as the Society for Information Display's Digest of Technical Papers.

18. Because of my background, training, and experience, I am qualified as an expert in the technical areas relevant to the '148 patent.

## II. LEVEL OF ORDINARY SKILL IN THE ART

19. Based on the materials and information I have reviewed and on my experience in the technical areas relevant to the '148 patent, the person of ordinary skill in the art with respect to the '148 patent at the time of the alleged invention

would have had at least a bachelor's degree in electrical engineering, physics, or computer science, and 2-4 years of experience in the field of visual displays and related technologies.

### III.    OVERVIEW OF THE '148 PATENT

20.    Entitled "Driving Multiple Parallel LEDs With Reduced Power Supply Ripple," the '148 Patent issued on November 30, 2010, to inventors Christian Gater and Roel Van Ettinger from U.S. Patent Application No. 12/099,729, filed on April 8, 2008. The inventors disclosed a novel LED driver for driving LEDs connected in parallel paths that operates, in part, by staggering pulse width modulated ("PWM") brightness control signals to LEDs to produce less ripple is by the power supply. As a result, this "reduces noise, eases the constraints on the power supply, improves the color output of the LEDs, reduces artifacts caused by lights flickering, and provides other benefits." '148 patent at col. 4:9-12. Claim 1, which is representative, is shown as follows:

> 1.  A light emitting diode (LED) driver for driving LEDs connected to different parallel paths, the driver comprising:
>
> a voltage source for connection to first ends of LEDs in a plurality of parallel paths;
>
> a plurality of current set circuits, one current set circuit per parallel path, each current set circuit controlling a peak current through one or more LEDs connected in each parallel path; and
>
> a pulse-width modulated (PWM) brightness control signal generator connected to the plurality of current set circuits, the brightness control signal generator being configured to generate staggered PWM brightness control signals to the plurality of current set circuits,
>
> each current set circuit being configured to draw the peak current through its associated one or more LEDs at a duty cycle substantially corresponding to a duty cycle of a PWM brightness control signal applied to it, such that the plurality of current set circuits conduct current through their associated one or more LEDs at the same duty cycle but out of phase with each other.

'148 patent at col. 6:35-54.

DECLARATION OF THOMAS L. CREDELLE IN SUPPORT OF PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF – Case No. 2:23-cv-03478-GW

21.    The '148 patent describes several embodiments of the invention, including the embodiment shown below in Figure 4.



Fig. 4

Armstrong Decl., Ex. A, 4 (annotated).

22.    Figure 4 of the '148 patent illustrates a LED driver [block **50**]. '148 patent at col 5:12-57. The LEDs [arrows at **12**] are connected in parallel paths. *Id.* The DC voltage regulator controller [block **52**] generates an output voltage (Vout) that exceeds the forward voltage drop for each parallel path of LEDs to turn on the LEDs. As explained in the specification, "[t]he voltage regulator controller **52** generates high frequency (*e.g.*, 1 MHz) PWM signals that turn the switching transistor on and off, where the duty cycle controls the level of Vout. An inductor and diode (in block **54**) connected to the switching transistor apply ramping currents to the smoothing capacitor 18, which supplies a relatively constant output voltage

6

(Vout)." *Id*. at col. 5:31-34. "All LED paths are energized with the same voltage but may draw different currents, set by the current set circuits **56**, **57**, and **58**. The current set circuits **56-58** are effectively enabled and disabled by their associated staggered PWM brightness control signal PWM1, PWM2, or PWM3. There may be any number of current set circuits, each driven by a staggered PWM signal. The PWM brightness control unit **40/46** may be either of the shift registers **40** or **46** in FIGS. 2A and 2B, or may be any other circuit that operates to stagger a PWM signal, such as a delay line." *Id*. at col. 5:48-57.

23.    The '148 patent discloses certain examples of how staggered PWM brightness control signals may be generated, for example, as illustrated in Figures 2A, 2B and Figure 3. For example, in Figure 3 a binary bit pattern is "continuously and serially loaded into the first bit position of the shift register 46 and then shifted by the load/shift clock. In this embodiment, there is no feeding back of any bits in the shift register, and the shift register acts as a clocked tapped delay line. The PWM brightness control signals (PWM1, PWM2, PWM3) for each parallel path of LEDs are tapped from different positions along the shift register 46 so that the PWM brightness control signals are identical but staggered, as shown in FIG. 2B. One implementation of the bit shifting functionality in the PWM brightness control to generate such staggering of PWM signals is shown below in Figure 3.



Fig. 3

Armstrong Decl., Ex. A, Fig. 3

7

24.    Ultimately, the benefits of the invention include the following: "In addition to there being less power supply output voltage ripple by staggering the on-times of the different parallel paths of LEDs, there is less overall flickering of the light, since there is a shorter time (or even no time) that all the LEDs are off at the same time, compared to the prior art techniques. This is advantageous in certain situations and reduces eye fatigue." '148 patent at col 6:17-23.

## IV.    CLAIM TERMS

### A.    "staggered PWM brightness control signals / staggered pulse width modulated (PWM) brightness control signals" (claims 1 and 14)

| Claim Term | Plaintiff's Construction | Defendants' Construction |
|---|---|---|
| "staggered PWM brightness control signals / staggered pulse width modulated (PWM) brightness control signals" | Plain and ordinary meaning. | Identical but phase-shifted PWM brightness control signals |

25.    A person of ordinary skill in the art would understand "staggered PWM brightness control signals" and "staggered pulse width modulated (PWM) brightness control signals" to have its plain and ordinary meaning. Defendants' construction incorrectly adds the phrase "identical but phase-shifted" based on a preferred embodiment when these words do not appear in the claim language.

26.    The concept of staggered signals is also well-known concept in the art that, in context, would have been readily understood by a person of skill in the art to have a clear plain and ordinary meaning. As the '148 patent shows, PWM signals can be staggered (i.e., offset) such that the pulses are not synchronized. Figure 2B of the patent shows an example of signals that are staggered (i.e., out of phase with each other by some amount).

DECLARATION OF THOMAS L. CREDELLE IN SUPPORT OF
PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF – Case No. 2:23-cv-03478-GW



Fig. 2B

Armstrong Decl., Ex. A, Fig. 2B

27.    The '148 patent describes several embodiments of the invention, including the embodiment shown below in Figure 4, which shows staggered PWM signals.



Fig. 4

Armstrong Decl., Ex. A, Fig. 4 (annotated)

28.    In light of the intrinsic evidence, one of ordinary skill in the art would not understand "staggered PWM brightness control signals" and "staggered pulse

9

width modulated (PWM) brightness control signals" to require "identical but phase shifted" signals. There is no basis in the claim language or the patent to reach that conclusions. In fact, the '148 patent expressly states that no such limitation should apply. For instance, the Summary section of the '148 patent emphasizes that "other circuits [than the embodiments] may be used to create the staggered PWM signals." '148 patent at col. 3:33-37. In addition, the Figure 4 embodiment of the patent expressly discloses that circuits other than shift registers 40 and 46 can be used. "The PWM brightness control unit 40/46 may be either of shift registers 40 or 46 in Figs. 2A and 2B, *or may be any other circuit that operates to stagger a PWM signal, such as a delay line*." '148 patent at col. 5:54-57 (emphasis added).

29.    Ultimately, a person of ordinary skill in the art would understand this to include circuits that do not create "identical" but phase shifted PWM signals. This phrase should thus have its plain and ordinary meaning.

**B.    "a duty cycle substantially corresponding to a duty cycle of a PWM brightness control signal applied to it" (claim 1)**

| Claim Term | Plaintiff's Construction | Defendants' Construction |
|---|---|---|
| "a duty cycle substantially corresponding to a duty cycle of a PWM brightness control signal applied to it" | Plain and ordinary meaning. | Indefinite |

30.    Defendants have yet to provide a substantive rationale for why Defendants contend this claim term is purportedly indefinite. I reserve the right to submit a supplemental declaration on this issue if Defendants detail their basis for their indefiniteness theory in their opening claim construction brief.

DECLARATION OF THOMAS L. CREDELLE IN SUPPORT OF
PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF – Case No. 2:23-cv-03478-GW

31.     This is not a complicated claim term and provides reasonable certainty about the scope of the invention. Ultimately, given the well-known plain meaning of the term and the teachings of the specification, a person of skill in the art would have no trouble understanding "a duty cycle substantially corresponding to a duty cycle of a PWM brightness control signal applied to it." In particular, the words "duty cycle" and "substantially" are words with plain English meanings. PWM, or pulse-width modulation, had been a well-known and commonly-used method for decades to control the average power or amplitude that is delivered by an electrical signal via a duty cycle. A "duty cycle" is a well-understood and basic concept in the art, consisting of the ratio of pulse duration to pulse spacing (e.g., a 50% duty cycle is a pulse consisting of equal portions "on" and "off" ). *See*, e.g., Armstrong Decl. Ex. B. Examples of duty cycles are present throughout the '148 patent, for example, in Figs. 1A, 1B, 2A, 2B, and 4. *See* Armstrong Decl., Ex. A. PWM, or pulse-width modulation, signals like those used in the '148 patent have a duty cycle which corresponds to the ratio of the "on" signal to the "off" signal. For example, as described and shown in the '148 patent in Fig. 1B, an "approx. 30%" duty cycle consists of a pulse which is approximately 30% "ON" and approximately 70% "OFF", as depicted in the square-wave shown in that figure:





Armstrong Decl. Ex. A, Fig. 1B (excerpted)

32.     A person of skill in the art would readily understand the concept of a duty cycle to need no further explanation or construction, as it is a basic fundamental concept of pulse-width modulation techniques that were common at the time of the

11

DECLARATION OF THOMAS L. CREDELLE IN SUPPORT OF
PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF – Case No. 2:23-cv-03478-GW

invention. Therefore, no construction of this claim term is necessary beyond the plain and ordinary meaning.

### C.    "applying a different staggered PWM brightness control signals to each current set circuit" (claim 14)

| Claim Term | Plaintiff's Construction | Defendants' Construction |
|---|---|---|
| "applying a different staggered PWM brightness control signals to each current set circuit" | Plain and ordinary meaning. | Indefinite |

33.    Defendants have yet to provide a substantive rationale for why Defendants contend this claim term is purportedly indefinite. I reserve the right to submit a supplemental declaration on this issue if Defendants detail their basis for their indefiniteness theory in their opening claim construction brief.

34.    PWM, or pulse-width modulation, had been a well-known and commonly-used method for decades to control the average power or amplitude that is delivered by an electrical signal via a duty cycle (see claim 1 above). A person of skill in the art would readily understand the usage of pulse-width modulation (PWM) in brightness control to be a technique by which brightness of a light source is controlled via pulsing that light source to affect its average brightness over a period of time. For example, a duty cycle of 50% applied as a pulse-width modulation brightness control signal would result in an average brightness of 50% compared to a 100% duty cycle, wherein the light source would be constantly on. A duty cycle of 25%, for example, would result in an average brightness of 25%, as the light source would spend 25% of the total period on and 75% of the total period off. The concept of PWM was well-known in the art, as described in the '148 patent background. *See*, e.g., Armstrong Decl., Ex. A, 1:46-60.

35.     The concept of staggered signals is also a well-known concept in the art that, in context, would have been readily understood by a person of skill in the art to have a clear plain and ordinary meaning. As the '148 patent shows, PWM signals can be staggered (i.e., offset) such that the pulses are not synchronized. Figure 2B of the patent shows an example of signals that are staggered (i.e., out of phase with each other by some amount):



Fig. 2B

Armstrong Decl., Ex. A, Fig. 2B

36.     The '148 patent describes several embodiments of the invention, including the embodiment shown below in Figure 4, which shows staggered PWM signals:

DECLARATION OF THOMAS L. CREDELLE IN SUPPORT OF
PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF – Case No. 2:23-cv-03478-GW



Fig. 4

Armstrong Decl., Ex. A, Fig. 4 (annotated)

37.    Furthermore, a current set circuit is a standard concept in the art that a person of skill in the art would readily recognize and understand. The '148 patent's specification explains how transistors are associated with respective current set circuits, including for example circuits 56-58 in Figure 4 of the '148 patent. Figures 5 and 6 illustrate exemplar current set circuits to control peak current using either sense resistors in a feedback circuit or set resistors. Transistors are used to provide PWM brightness control signals.

14



Armstrong Decl., Ex. A, Figs. 5, 6 (annotated)

38.    The specification further explains these exemplar current set circuits in detail. *See*, e.g., Armstrong Decl., Ex. A, 6:3-4 ("A pass resistor 68 is controlled to be on or off by the PWM brightness control signal"); col. 6:7-16 ("FIG. 6 illustrates another type of current set circuit 70 that may serve as each of the current set circuits 56-58 in FIG. 4. A current set resistor Rset and MOSFET 72 are connected in series with the one or more LEDs 12 in a single parallel path of the driver 50. Since Vout is substantially constant, the value of Rset is selected to establish the peak current through the LEDs 12. There may be a different Rset value for each of the current set circuits 56-58 in FIG. 4. The MOSFET 72 is controlled to be on or off by the PWM brightness control signal.").

39.    The phrase "applying a different staggered PWM brightness control signals to each current set circuit" is straightforward and not a complicated to one of ordinary skill in the art. Ultimately, given the well-known plain meaning of this phrase in the art and the teachings of the specification, a person of skill in the art would have no trouble understanding "applying a different staggered PWM brightness control signals to each current set circuit" with reasonable certainty. Therefore, no construction of "applying a different staggered PWM brightness

15

control signals to each current set circuit" is necessary beyond the plain and ordinary meaning.

### D. "at substantially the same duty cycle" (claim 14)

| Claim Term | Plaintiff's Construction | Defendants' Construction |
|---|---|---|
| "at substantially the same duty cycle" | Plain and ordinary meaning. | Indefinite |

40.    Defendants have yet to provide a substantive rationale for why Defendants contend this claim term is purportedly indefinite. I reserve the right to submit a supplemental declaration on this issue if Defendants detail their basis for their indefiniteness theory in their opening claim construction brief.

41.    The phrase "at substantially the same duty cycle" is straightforward and not complicated. A "duty cycle" is a well-understood and basic concept in the art, consisting of the ratio of pulse duration to pulse spacing (e.g., a 50% duty cycle is a pulse consisting of equal portions "on" and "off" ). *See*, e.g., Armstrong Decl. Ex. B. Examples of duty cycles are present throughout the '148 patent, for example, in Figs. 1A, 1B, 2A, 2B, and 4. *See* Armstrong Decl., Ex. A. PWM, or pulse-width modulation, signals like those used in the '148 patent have a duty cycle which corresponds to the ratio of the "on" signal to the "off" signal. For example, as described and shown in the '148 patent in Fig. 1B, an "approx. 30%" duty cycle consists of a pulse which is approximately 30% "ON" and approximately 70% "OFF", as depicted in the square-wave shown in that figure:



Armstrong Decl. Ex. A, Fig. 1B (excerpted)

DECLARATION OF THOMAS L. CREDELLE IN SUPPORT OF
PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF – Case No. 2:23-cv-03478-GW

42.     One of ordinary skill in the art would understand "at substantially the same duty cycle" with reasonable certainty in light of the intrinsic evidence and the plain English of the claim language. Therefore, no construction of this claim term is necessary.

### E.     "wherein applying a different staggered PWM brightness control signal to each current set circuit comprises" (claim 16)

| Claim Term | Plaintiff's Construction | Defendants' Construction |
|---|---|---|
| "wherein applying a different staggered PWM brightness control signal to each current set circuit comprises" | Plain and ordinary meaning. | Indefinite |

43.     Defendants have yet to provide a substantive rationale for why Defendants contend this claim term is purportedly indefinite. I reserve the right to submit a supplemental declaration on this issue if Defendants detail their basis for their indefiniteness theory in their opening claim construction brief.

44.     One of ordinary skill in the art would understand the phrase "wherein applying a different staggered PWM brightness control signal to each current set circuit comprises" with reasonable certainty. PWM, or pulse-width modulation, had been a well-known and commonly-used method for decades to control the average power or amplitude that is delivered by an electrical signal via a duty cycle.

45.     The concept of staggered signals is also well-known concept in the art that, in context, would have been readily understood by a person of skill in the art to have a clear plain and ordinary meaning. As the '148 patent shows, PWM signals can be staggered (i.e., offset) such that the pulses are not synchronized. Figure 2B of the patent shows an example of signals that are staggered (i.e., out of phase with each other by some amount).

17
DECLARATION OF THOMAS L. CREDELLE IN SUPPORT OF
PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF – Case No. 2:23-cv-03478-GW



Fig. 2B

Armstrong Decl., Ex. A, Fig. 2B

46.    The '148 patent describes several embodiments of the invention, including the embodiment shown below in Figure 4, which shows staggered PWM signals.



Fig. 4

Armstrong Decl., Ex. A, Fig. 4 (annotated)

47.    Given the fact that these are well understood concepts in the art and the clear description in the specification, one of ordinary skill in the art would understand "wherein applying a different staggered PWM brightness control signal to each current set circuit comprises" with reasonable certainty. Ultimately, given the well-known plain meaning of the term and the teachings of the specification, a person of

18

skill in the art would have no trouble interpreting this term. *See*, for example, Section IV.C, *supra* regarding "staggered" and "current set circuit." Therefore, no construction of this claim term is necessary beyond the plain and ordinary meaning.

**F.** **"applying a different staggered PWM brightness control signal to each current set circuit comprises applying each staggered PWM brightness control signals to an associated transistor" (claim 17)**

| Claim Term | Plaintiff's Construction | Defendants' Construction |
|---|---|---|
| "applying a different staggered PWM brightness control signal to each current set circuit comprises applying each staggered PWM brightness control signals to an associated transistor" | Plain and ordinary meaning. | Indefinite |

48. Defendants have yet to provide a substantive rationale for why Defendants contend this claim term is purportedly indefinite. I reserve the right to submit a supplemental declaration on this issue if Defendants detail their basis for their indefiniteness theory in their opening claim construction brief.

49. I have addressed the well-known and readily understood terms "staggered" and "current set circuit" in Section IV.C above, which is incorporated by reference as if fully stated herein. Regarding the term "an associated transistor," this phrase also has a clear plain and ordinary meaning to a person of ordinary skill in the art. Transistors are a very common, standard, and widely used component now and at the time of the invention, and a person of ordinary skill in the art would have readily understood the term "transistor."

50. Ultimately, given the well-known plain meaning of the terms in the art and the teachings of the specification, a person of ordinary skill in the art would understand "applying a different staggered PWM brightness control signal to each current set circuit comprises applying each staggered PWM brightness control signals to an associated transistor" with reasonable certainty. Therefore, no construction of this claim term is necessary beyond the plain and ordinary meaning.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on January 29, 2024.

_____

Thomas L. Credelle

# Exhibit 1

## Thomas L. Credelle
## Curriculum Vitae

## Professional Summary

Mr. Credelle is a recognized expert in the flat panel/touch industry with over 40 years of expertise in all aspects of flat panel displays, LEDs, LED displays, and optics. He has made significant contributions in the areas of R&D, engineering, marketing, and senior management.  He has served at an executive level at start-up businesses within major corporations and start-up companies in Silicon Valley and has had extensive interaction with flat panel producers and customers in Japan, Taiwan, Korea and China.  Mr. Credelle holds 84 issued US patents in various flat-panel related technologies including display design, display electronics, materials, algorithms, systems, RFID, and optics, with additional pending.

Mr. Credelle is a Fellow of the Society for Information Display and currently consults regarding technology, business, and patent issues involving Flat Panel Display and LED Technology for various companies.  He has written expert-analysis reports for private clients on patent portfolios of over 500 patents and has written numerous IPR ITC, and District Court Case reports and has given depositions on many.  He has testified in two District Court cases and two ITC Hearings.

## Expertise

- Flat Panel Display Technology
- LEDs and LED lighting
- Display electronics
- Electro-optics

- Patent analysis
- Expert witness (reports, testimony)
- TFT and Liquid Crystal Display R&D

## Education

| Year | College or University | Degree |
|------|----------------------|--------|
| 1970 | Massachusetts Institute of Technology | M.S., Electrical Engineering<br>Emphasis:  Electro-optics and Solid State Physics<br>Thesis: "Optical Properties of High Purity Stannic Oxide" |
| 1969 | Drexel University | B.S., Electrical Engineering (Honors Program) |

1

## Thomas L. Credelle
## Curriculum Vitae

## Professional Experience

From:          2008
To:            Present
Organization:  **TLC Display Consulting**
Title:         President
Summary:
- Technical consulting in the field of flat panel displays, LEDs, and display electronics
- Business/patent consulting in the fields of displays, LEDs, optics, new technology

From:          2016
To:            2018
Organization:  **RealD**
Title:         Acting CEO, RealD Me (2016-2017), Strategic Advisor, RealD 2017-2019)
Summary:
- Business and technical advisor to RealD Intelligent Backlight Business Unit

From:          2012
To:            2016
Organization:  **Innova Dynamics, Inc.,** San Francisco, CA
Title:         VP, Application Engineering and Device Performance
Summary:
- Primary interface between customer and product engineering
- Testing and qualification of all products
- Business development/technical contact for new opportunities

From:          2008
To:            2018
Organization:  **Display Engineering, Inc.** San Jose, CA
Title:         Contractor
Summary:
- Design and testing of high-brightness LED backlights for outdoor signage
- Circuit design and thermal analysis of LED light bars
- Developed new methods for passive cooling of LED light sources

2

**Thomas L. Credelle
Curriculum Vitae**

From:           2007
To:             2008
Organization:   **Puredepth, Inc**., Redwood City, CA and Auckland, NZ
Title:          Senior VP Engineering
Summary:
- Recruited to establish first senior management leadership position for hardware and software engineering related to Puredepth's Multi Layer Display (MLD) technology.
- Rapidly learned details of technology, established new development plans, and supported customer engagements in US, Korea, and Japan.
- Divided time between US and NZ offices, supporting sales/marketing and leading engineering effort.

From:           2001
To:             2007
Organization:   **Clairvoyante, Inc**, Cupertino, CA
Title:          VP Engineering
Summary:
- Responsible for engineering, product development, product roadmap, marketing of technology that improves resolution and reduces power of color flat panel displays.
- Responsible for applied R&D, IC development, customer training and support for all technology integration programs.
- Creation of new intellectual property to advance adoption of Clairvoyante technology.
- Monthly interaction with leading LCD producers in Taiwan, Korea, Japan; management of all vendors relating to product development (8-10 on-site visits per year).

From:           1999
To:             2001
Organization:   **Alien Technology Corporation**, Morgan Hill, CA
Title:          VP of Operations
Summary:
- Key member of management team to develop novel technology for nanoblock-IC assembly using fluidic process.  Responsible for facilities, manufacturing operations, IT, and HR; managed $20M construction project for mfg.
- Key contributor to display-related use of Alien manufacturing processes.
- Contributed to patent portfolio for Alien with key inventions in Nanoblock™ IC manufacturing techniques for displays and RFID tags.

3

### Thomas L. Credelle
### Curriculum Vitae

From:           1996
To:             1999
Organization:   **Motorola**, Flat Panel Display Division, Tempe, AZ
Title:          Director, Product Marketing
Summary:
- Responsible for establishing market direction and initial sales approach for new Field Emission Displays (FED) under development within the Division.

- Won potential business for initial small FEDs in industrial and automotive applications.

- Established and managed marketing communications department, creating new brand image for product as well as managing all trade show activities.

- Contributed to product development and spec generation.  Generated patent disclosures aimed at solving customer-related issues.

From:           1994
To:             1996
Organization:   **Allied Signal**, Los Gatos, CA
Title:          Director, Advanced Product Marketing
Summary:
- Responsible for establishing product marketing direction and establishing customer contacts for newly-developed optical films for viewing angle enhancement for LCDs.

- Participated in product development, product improvement based on customer input.

From:           1991
To:             1994
Organization:   **Apple Computer**, Cupertino, CA.
Title:          Manager, Display Engineering
Summary:
- Responsible for all LCD engineering and qualification for first PowerBook notebook computers introduced to market.

- Extensive interaction with Asian suppliers.

- Generated patent disclosures related to LCD integration in notebook PCs

4

> ### Thomas L. Credelle
> ### Curriculum Vitae

From:            1986
To:              1991
Organization:    **GE** R&D Center, Schenectady, NY
Title:           Manager, TFT LCD Research and Development
Summary:
- Managed R&D in TFT and LCD technology for avionics applications.  Led the team that built the first 1 million pixel color LCD. Led development of various optical devices based on liquid crystal materials.
- Established photonics effort based on liquid crystal technology.

From:            1970
To:              1986
Organization:    **RCA** Sarnoff Labs, Princeton, NJ
Title:           Individual Contributor, then Group Manager
Summary:
- Increasing levels of responsibility in the R&D of optical materials and flat panel displays.
- Key contributor to novel methods for large screen flat panel TFT.
- Established TFT LCD Program at Sarnoff Labs in 1983.
- Led development of first polySi TFT LCDs at Sarnoff Labs.

## Legal Consulting

*Expert Engagement:*
Type of Matter:       Deposition on patent dispute
Client:               Alien Technology
Case Name:            Alien v. Avery, Case No. 08-cv-00795
Services Provided:    Deposed as expert and inventor on behalf of Alien
Date:                 October 29, 2008

*Expert Engagement:*
Type of Matter:       Patent Infringement, LCD Projection
Client:               McKenna Long & Aldridge LLP
Case Name:            Undisclosed
Services Provided:    Non-testifying expert on ITC case
Date:                 November 2011

5

<div style="text-align: center">

## Thomas L. Credelle
## Curriculum Vitae

</div>

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | LCD backlight |
| Client: | Steptoe and Johnson LLP on behalf of LG |
| Case Name: | In the Matter of Certain Devices for Improving Uniformity Used in a Backlight Module and Products Containing the Same Inv. No. 337-TA-805 |
| Services Provided: | Non-testifying expert on ITC case (settled) |
| Date: | November 2011 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Display driving method for eBooks |
| Client: | Klarquist Sparkman LLP on behalf of Amazon (v. Positive Technologies) |
| Case Name: | 2:11-cv-2226, N.D. Calif. |
| Services Provided: | Expert Reports, Testifying Expert (settled) |
| Date: | October 2012 – April  2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Display driving method for eBooks |
| Client: | Alston and Bird LLP on behalf of Barnes and Noble (v. Positive Technologies) |
| Case Name: | 3:11-cv-02226-SI |
| Services Provided: | Testifying expert on District Court Case (settled) Non infringement and non-enablement reports written. |
| Date: | March 2013 – July 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | LCD driving method |
| Client: | Kenyon and Kenyon LLP on behalf of Sony (v. Surpass) |
| Case Name: | IPR2015-0863 |
| Services Provided: | IPR Reports and Deposition |
| Date: | Jan 2015-Mar 2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | LCD Optics and TFT design |
| Client: | Marc Labgold on behalf of Funai (v. Gold Charm Ltd.) |
| Case Name: | IPR2015-01448 |
| Services Provided: | IPR Report |
| Date: | Apr, 2015 – Jul, 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | LCD Backlights using LEDs |
| Client: | Shearman & Sterling LLP/Fried Frank LLP on behalf of Mercedes Benz (v. Innovative Display Technologies) |
| Case Name: | IPR2015-01995, IPR2015-01115, IPR2015-01113 and 2: 14-cv-00535 TXEDC |
| Services Provided: | IPR Expert Reports |
| Date: | Mar 2015 – May 2015 |

| Thomas L. Credelle |
| :---: |
| **Curriculum Vitae** |

*Expert Engagement:*
Type of Matter:        TFT array and LCD panel interconnect
Client:                Covington & Burling on behalf of Samsung Display Co. (v. MiiC & Partners)
Case Name:             IPR205-01469, IPR2015-01499
Services provided:     IPR Expert Reports
Date:                  May 2015- Mar 2016

*Expert Engagement:*
Type of Matter:        LCD Backlights using LEDs
Client:                Mayer Brown on behalf of KJ Pretech (v. Innovative Display Technologies)
Case Name:             IPR2015-01866, IPR2015-01867, IPR2015-01868
Services Provided:     IPR reports and depositions (3)
Date:                  Aug 2015-Jun 2016

*Expert Engagement:*
Type of Matter:        LCD backlights using LEDs
Client:                Gibson, Dunn, and Crutcher LLP on behalf of Vizio (v. Delaware Display Group
                       LLC)
Case Name:             Case No. 13-cv-2112
Services Provided:     Non-infringement Report, Deposition, Testifying Expert (settled)
Date:                  Sep 2015-Mar 2017

*Expert Engagement:*
Type of Matter:        LCD manufacturing, TFT array design
Client:                Sughrue Mion PLLC on behalf of TCL
Case Name:             Arbitration (Hong Kong) between AUO and TCL
Services Provided:     Non-infringement analysis of TFT array design (settled)
Date:                  Jun 2017 – Sep 2017

*Expert Engagement:*
Type of Matter:        LED display panels
Client:                Adduci Mastriani & Schaumberg on behalf of Ultravision Technologies LLC (v.
                       >20 Chinese companies)
Case Name:             ITC Case 337-TA-1114
Services Provided:     Expert Reports (Invalidity and Non-infringement) and Deposition (3 days)
Date:                  Jan 2018 – Feb, 2019

*Expert Engagement:*
Type of Matter:        LCD gamma circuit
Client:                K&L Gates on behalf of Wistron (v. plaintiff Phenix Longhorn)
Case Name:             IPR2018-01255, 2:17 cv-00711 TXEDC
Services Provided:     Expert report and Expert Testimony as needed (settled)
Date:                  May 2018 – Jun 2019

7

<div style="border:1px solid black; text-align:center">

**Thomas L. Credelle
Curriculum Vitae**

</div>

8

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | LED packaging |
| Client: | Davidson, Berquist, Jackson & Gowdey, LLP on behalf of Document Security Systems (v. defendants Seoul Semiconductor, Nichia Corp, Cree, Inc., Everlight Electronics) |
| Case Name: | IPR2018-00966, 2018-01165 |
| Services Provided: | Expert Reports, Depositions (2) and Expert Testimony at trial as needed |
| Date: | June 2018 – May 2019 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | TFT-LCD technology |
| Client: | Vinson and Elkins on behalf of AUO (v. plaintiff Vista Park Ventures) |
| Case Name: | 2:18 cv-00276, 00278, 00279 TXEDC |
| Services Provided: | Expert reports and Expert Testimony as needed (settled) |
| Date: | Dec 2018 – Sep 2019 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | LED Display Panels |
| Client: | Fabricant LLP on behalf of Plaintiff Ultravision (v. >10 companies) |
| Case Name: | 2:18 cv-00112, 00118, 00150 TXEDC |
| Services Provided: | Expert report and Expert Testimony as needed; two days deposition in 2020, two depositions in 2021. **Testified at trial May 2021** |
| Date: | Jan 2019 – Present |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | TFT-LCD technology |
| Client: | McDermott, Will and Emery on behalf of TCL (v. plaintiff Vista Park Ventures) |
| Case Name: | 2:19 cv-00188, 00189, 00190, 00191 TXEDC |
| Services Provided: | Expert reports and Expert Testimony as needed (settled) |
| Date: | Aug 2019 – Oct 2019 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | TFT-LCD technology |
| Client: | McDermott, Will and Emery on behalf of GiantPlus (v. plaintiff Vista Park Ventures) |
| Case Name: | 2:19 cv-00183, 00184, 00185, 00187 TXEDC |
| Services Provided: | Expert reports and Expert Testimony as needed (settled) |
| Date: | Oct 2019 – Jan, 2020 |

*Expert Engagement:*

<div style="border:1px solid black; text-align:center">

# Thomas L. Credelle
## Curriculum Vitae

</div>

Type of Matter:        TFT-LCD technology
Client:                Vincent and Elkins on behalf of JDI (v. plaintiff Vista Park Ventures)
Case Name:             2:19 cv-00323, 00324, 00325 TXEDC
Services Provided:     Expert reports and Expert Testimony as needed (settled)
Date:                  Nov 2019 – Jun 2020

*Expert Engagement:*
Type of Matter:        TFT-LCD technology
Client:                Sidley on behalf of LG Electronics (v. defendant Hisense)
Case Name:             2:19 cv-09474 CACDC
Services Provided:     Expert reports and Expert Testimony as needed (settled)
Date:                  Feb. 2020 – Jan. 2021

*Expert Engagement:*
Type of Matter:        Quantum dot technology
Client:                Murtha Law on behalf of RPI (v. defendant Samsung)
Case Name:             2:19 cv-20097 KM-ESK
Services Provided:     Expert reports and Expert Testimony as needed
Date:                  Jan. 2020 – Jun 2021

*Expert Engagement:*
Type of Matter:        OLED, touch panels
Client:                RAK Law on behalf of Solas (v. defendant Samsung)
Case Name:             2:19-cv-00152-JRG (E.D. Tex)
Services Provided:     Expert reports and Expert Testimony; two depositions in 2020.
                       **Testified at trial Mar. 2021**.
Date:                  Apr. 2020 – Mar. 2021

*Expert Engagement:*
Type of Matter:        LCD technology
Client:                Morgan Lewis on behalf of Fuji Film (v. plaintiff Vista Park Ventures)
Case Name:             2:20 cv-00064, 65, 66 E.D. Tex.
Services Provided:     Expert reports and Expert Testimony as needed (settled)
Date:                  Jul. 2020 – Oct 2020

*Expert Engagement:*
Type of Matter:        Touch panels
Client:                DLA Piper, Alston and Bird, on behalf of Microsoft, Dell (v. plaintiff Neodron)
Case Name:             2:19-cv-00318-ADA (W.D. Tex)
Services Provided:     Expert Reports and Expert Testimony as needed (settled)
Date:                  Aug. 2020 – Nov. 2020

> **Thomas L. Credelle**
> **Curriculum Vitae**

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | LCD |
| Client: | Vincent and Elkins on behalf of Japan Display Inc (v. defendant Tianma) |
| Case Name: | 2:20-CV-00283, 284, 285-JRG (E.D. Tex) |
| Services Provided: | Expert Reports, depositions, and Expert Testimony as needed (settled) |
| Date: | Jan 2021 – Jan 2022 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | LCD |
| Client: | Perkins Coie on behalf of Truly Semiconductor, Hannstar (v. plaintiff Vista Park Ventures) |
| Case Name: | 2:20-CV-250, 251, 252 (E.D. Tex) |
| Services Provided: | Expert Reports and Expert Testimony as needed (settled) |
| Date: | Jan 2021 – June 2021 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Quantum dots |
| Client: | Mintz on behalf of Nanoco (v. defendant Samsung) |
| Case Name: | 2:20-CV-00038-JRG (E.D. Tex) |
| Services Provided: | Expert Reports, depositions, case settled day before trial opening arguments |
| Date: | Jan 2021 – Jan 2023 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | OLED circuits |
| Client: | Morrison Forster on behalf of JOLED (v. defendant Samsung) |
| Case Name: | Case No. 6:20cv559 (W.D. Tex.) |
| Services Provided: | Expert Reports and Expert Testimony (settled) |
| Date: | July 2020 – April 2021 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | OLED circuits |
| Client: | Perkins Coie on behalf of AUO (v. defendant Samsung) |
| Case Name: | TBD |
| Services Provided: | Expert Reports and Testimony (settled) |
| Date: | Feb. 2021 – May 2021 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | LED circuits |
| Client: | Kim IP on behalf of CAST Lighting (v. Plaintiff WAC Lighting) |
| Case Name: | ITC Inv. No. 337-TA-1261 |
| Services Provided: | Expert Reports and Testimony (settled) |
| Date: | May 2021 – Oct 2021 |

## Thomas L. Credelle
## Curriculum Vitae

*Expert Engagement:*
Type of Matter:      OLED circuits
Client:              RAKLaw on behalf of Solas, Ltd. (v. Defendant Samsung)
Case Name:           ITC Inv. No. 337-TA-1243
Services Provided:   Expert Reports and **Testified at Hearing Nov. 15-19, 2021**
Date:                May 2021 – Dec 2021

*Expert Engagement:*
Type of Matter:      OLED circuits
Client:              PV Law on behalf of TCL (vs. Plaintiff SEL Co.)
Case Name:           8:21-cv-00554-JAK-ADS (CDCA)
Services Provided:   Expert Reports and Depositions; case settled
Date:                July 2021 – July 2023

*Expert Engagement:*
Type of Matter:      LED circuits
Client:              Carmichael IP on behalf of Lynk Labs (vs. defendant Samsung)
Case Name:           IPR Proceedings
Services Provided:   Expert Reports and Depositions
Date:                Jan 2022 – Jan 2023

*Expert Engagement:*
Type of Matter:      OLED circuits
Client:              Baker Botts on behalf of FujiFilm (vs. defendant ButterflyQ)
Case Name:           C.A. No. 22-309-JPM
Services Provided:   Expert Reports and Depositions, testify at trial if needed (settled Nov, 2023)
Date:                Jul 2022 – Nov. 2023

*Expert Engagement:*
Type of Matter:      Outdoor signage
Client:              Kilpatrick Townsend on behalf of MRI, Inc. (vs. defendants Samsung et al)
Case Name:           ITC 337-TA-1331
Services Provided:   Expert Reports, Depositions, **Testified at Hearing June 26-30, 2023**
Date:                Oct 2022 - present

*Expert Engagement:*
Type of Matter:      OLED circuits and pixel arrangements
Client:              Orrick Herrington & Sutcliffe LLP on behalf of BOE (vs. plaintiff Samsung et al)
Case Name:           ITC 337-TA-1351
Services Provided:   Expert Reports, Depositions, planning to testify at hearing Jan 22, 2024
Date:                Sep 2023 - present

11

**Thomas L. Credelle**
**Curriculum Vitae**

*Expert Engagement:*
Type of Matter:        Light concentrators, LCD backlights
Client:                Katz PLLC on behalf of SVV (vs. defendants Asus  and Acer)
Case Name:             WD Tex 6:22-cv-0311, 312, 313, 511, 512, 513, 639, 640, 641-ADA
Services Provided:     Expert Reports, Depositions, testify at trial if needed
Date:                  Jan 2023- present

*Expert Engagement:*
Type of Matter:        LCD AMOLED circuits,
Client:                Kramer Alberti on behalf of Polaris PowerLED Technologies, LLC  (vs.
                       defendant Samsung et al)
Case Name:              EDTEX 2:22-cv-oo469-JRG
Services Provided:     Expert Reports (IPR and DC), Depositions, testifying expert
Date:                  Mar 2023- present

*Expert Engagement:*
Type of Matter:        LCD AMOLED circuits,
Client:                Morrison & Forester LLP on behalf of Crystal Leap (vs. defendant HKC)
Case Name:              No. 2:22-cv-00382 (EDTEX)
Services Provided:     Expert Reports (IPR and DC), Depositions, testifying expert
Date:                  Jul 2023- present

*Expert Engagement:*
Type of Matter:        LCD AMOLED circuits,
Client:                Kramer Alberti on behalf of Polaris PowerLED Technologies, LLC  (vs.
                       defendant Vizio et al)
Case Name:              2:23-cv-03478-GW-PD (CD CAL)
Services Provided:     Expert Reports (IPR and DC), Depositions, testifying expert
Date:                  Dec 2023- present

| Thomas L. Credelle |
| :---: |
| **Curriculum Vitae** |

## Consulting Projects

*Consulting Engagement:*
| | |
| --- | --- |
| Client: | Tessera |
| Services Provided: | Business case analysis for M&A department |
| Date: | Mar 2008 to 2011 |

*Consulting Engagement:*
| | |
| --- | --- |
| Client: | Sipix Imaging |
| Services Provided: | Technical consulting on display algorithms |
| Date: | Mar 2008 to 2009 |

*Consulting Engagement:*
| | |
| --- | --- |
| Client: | Holox Technologies, Inc. (self-funded start up in holographic optics) |
| Services Provided: | CEO; business leadership, fund raising, market analysis, optical design of advanced diffusers for LCD backlights, solar collectors, window films. |
| Date: | Sept 2008 to June 2012 |

*Consulting Engagement:*
| | |
| --- | --- |
| Client: | Innova Dynamics, Inc. |
| Services Provided: | Technical and business development consulting in touch screen technology |
| Date: | October 2011 to November 2012 |

*Technical and Patent Consulting:*
| | |
| --- | --- |
| Client: | LG Display |
| Services Provided: | Technical consulting on pixel processing algorithms, OLED displays; patent generation for advanced pixel concepts for OLED. |
| Date: | Aug 2009 to Dec 2011 |

*Consulting Engagement:*
| | |
| --- | --- |
| Client: | Scivax |
| Services Provided: | Technical and business development consulting in nanoimprinting technology |
| Date: | Feb 2018 to Jul 2018 |

13

## Thomas L. Credelle
## Curriculum Vitae

## Professional Affiliations, Achievements & Awards

- Fellow of the Society for Information Display (SID)
- Past Director, SID Symposium Committee (10 years)
- Conference and Program Chair, SID Symposium and IDRC
- Past Member, SID Program Committee (15 years)

## US Patents & Publications

| Patent | Date | Description |
|---|---|---|
| 10,163,985 | 12/25/2018 | Subpixel arrangement structure for a display device |
| 9,583,034 | 02/28/2017 | Subpixel arrangement structure for a display device |
| 9,041,625 | 05/26/2015 | Subpixel arrangement structure for a display device and display device |
| 9,001,167 | 04/07/2015 | Display panel having crossover connections effecting dot inversion |
| 8,933,959 | 01/13/2015 | Subpixel layouts and subpixel rendering methods for directional displays and systems |
| 8,876,937 | 11/04/2014 | Production of nanostructures |
| 8,797,344 | 08/05/2015 | Memory structures for image processing |
| 8,754,913 | 06/17/2014 | Subpixel arrangement structure of display device |
| 8,704,744 | 04/22/2014 | Systems and methods for temporal subpixel rendering of image data |
| 8,633,886 | 01/21/2014 | Display panel having crossover connections effecting dot inversion |
| 8,519,910 | 08/27/2013 | Image processing method and display device using the same |
| 8,516,683 | 08/27/2013 | Methods of making a radio frequency identification (RFID) tags |
| 8,456,496 | 06/04/2013 | Color flat panel display sub-pixel arrangements and layouts for sub-pixel rendering with split blue sub-pixels |
| 8,456,414 | 06/04/2013 | Gamma adjustment with error diffusion for electrophoretic displays |
| 8,436,799 | 05/07/2013 | Image degradation correction in novel liquid crystal displays with split blue subpixels |
| 8,421,820 | 04/16/2013 | Methods and systems for sub-pixel rendering with adaptive filtering |
| 8,411,022 | 04/02/2013 | Multiprimary color display with dynamic gamut mapping |
| 8,405,692 | 03/26/2013 | Color flat panel display arrangements and layouts with reduced blue luminance well visibility |
| 8,378,947 | 02/19/2013 | Systems and methods for temporal subpixel rendering of image data |
| 8,294,741 | 10/23/2012 | Four color arrangements of emitters for subpixel rendering |
| 8,259,127 | 09/04/2012 | Systems and methods for reducing desaturation of images rendered on high brightness displays |
| 8,144,094 | 03/27/2012 | Liquid crystal display backplane layouts and addressing for non-standard subpixel arrangements |

14

**Thomas L. Credelle
Curriculum Vitae**

| | | |
|---|---|---|
| 8,134,583 | 03/13/2012 | Two color flat panel display sub-pixel arrangements and layouts for sub-pixel rendering with split blue sub-pixels |
| 8,035,599 | 10/11/2011 | Display panel having crossover connections effecting dot inversion |
| 8,018,476 | 09/13/2011 | Subpixel layouts for high brightness displays and systems |
| 8,013,867 | 09/06/2011 | Systems and methods for implementing improved gamut mapping algorithms |
| 7,969,456 | 06/28/2011 | Methods and systems for sub-pixel rendering with adaptive filtering |
| 7,876,341 | 06/25/2011 | Subpixel layouts for high brightness displays and systems |
| 7,864,194 | 01/04/2011 | Systems and methods for motion adaptive filtering |
| 7,791,679 | 09/07/2010 | Alternative thin film transistors for liquid crystal displays |
| 7,755,652 | 07/13/2010 | Color flat panel display sub-pixel rendering and driver configuration for sub-pixel arrangements with split sub-pixels |
| 7,701,476 | 04/20/2010 | Four color arrangements of emitters for subpixel rendering |
| 7,646,430 | 01/12/2010 | Display system having improved multiple modes for displaying image data from multiple input source formats |
| 7,592,996 | 09/22/2009 | Multiprimary color display with dynamic gamut mapping |
| 7,583,279 | 09/01/2009 | Subpixel layouts and arrangements for high brightness displays |
| 7,573,493 | 08/11/2009 | Four color arrangements of emitters for subpixel rendering |
| 7,573,448 | 08/11/2009 | Dot inversion on novel display panel layouts with extra drivers |
| 7,559,131 | 07/14/2009 | Method of making a radio frequency identification (RFID) tag |
| 7,505,053 | 03/17/2009 | Subpixel layouts and arrangements for high brightness displays |
| 7,492,379 | 02/17/2009 | Color flat panel display sub-pixel arrangements and layouts for sub-pixel rendering with increased modulation transfer function response |
| 7,417,648 | 08/26/2008 | Color flat panel display sub-pixel arrangements and layouts for sub-pixel rendering with split blue sub-pixels |
| 7,397,455 | 07/08/2008 | Liquid crystal display backplane layouts and addressing for non-standard subpixel arrangements |
| 7,283,142 | 10/16/2007 | Color display having horizontal sub-pixel arrangements and layouts |
| 7,260,882 | 08/28/2007 | Methods for making electronic devices with small functional elements supported on a carriers |
| 7,248,271 | 07/24/2007 | Sub-pixel rendering system and method for improved display viewing angles |
| 7,218,301 | 05/15/2007 | System and method of performing dot inversion with standard drivers and backplane on novel display panel layouts |
| 7,187,353 | 03/06/2007 | Dot inversion on novel display panel layouts with extra drivers |
| 7,184,066 | 02/27/2007 | Methods and systems for sub-pixel rendering with adaptive filtering |
| 7,167,186 | 01/23/2007 | Systems and methods for motion adaptive filtering |
| 7,084,923 | 08/01/2006 | Display system having improved multiple modes for displaying image data from multiple input source formats |
| 7,068,287 | 06/27/2006 | Systems and methods of subpixel rendering implemented on display panels |
| 7,046,256 | 05/16/2006 | System and methods of subpixel rendering implemented on display panels |
| 6,985,361 | 01/10/2006 | Electronic devices with small functional elements supported on a carrier |
| 6,917,368 | 07/12/2005 | Sub-pixel rendering system and method for improved display viewing angles |

15

**Thomas L. Credelle
Curriculum Vitae**

| | | |
|---|---|---|
| 6,816,380 | 11/09/2004 | Electronic devices with small functional elements supported on a carrier |
| 6,731,353 | 05/04/2004 | Method and apparatus for transferring blocks |
| 6,693,384 | 02/17/2004 | Interconnect structure for electronic devices |
| 6,606,247 | 08/12/2003 | Multi-feature-size electronic structures |
| 5,961,362 | 10/05/1999 | Method for in situ cleaning of electron emitters in a field emission device |
| 5,883,467 | 03/16/1999 | Field emission device having means for in situ feeding of hydrogen |
| 5,477,350 | 12/19/1995 | Interferometric spatial switch for polarized or unpolarized light using liquid crystal |
| 5,373,393 | 12/13/1994 | Optical interferometric device with spatial light modulators for switching substantially coherent light |
| 5,363,228 | 11/08/1994 | Optical device with spatial light modulators for switching arbitrarily polarized light |
| 5,345,321 | 09/06/1994 | Compact polarization dependent optical switching units |
| 5,319,477 | 06/07/1994 | Compact polarization independent optical switching units |
| 5,317,445 | 05/31/1994 | Optical device with spatial light modulators for switching polarized light |
| 4,630,893 | 12/23/1986 | LCD pixel incorporating segmented back-to-back diode |
| 4,598,227 | 07/01/1986 | Electron beam convergence and scanning structures for flat panel display device |
| 4,517,489 | 05/14/1985 | Modulator structure and method for flat panel display devices |
| 4,484,103 | 11/20/1984 | Color selection electron beam guide assembly for flat panel display devices |
| 4,362,966 | 12/07/1982 | Electron leakage reduction in flat panel display devices |
| 4,335,332 | 06/15/1982 | Focus mesh structure and biasing technique for flat panel display devices |
| 4,316,118 | 02/16/1982 | Guided beam display device |
| 4,298,819 | 11/03/1981 | Beam Clean up structure for flat panel display devices |
| 4,234,815 | 11/18/1980 | Flat display tube having shielding member between beam guide and screen |
| 4,174,881 | 11/20/1979 | Recording a synthetic focused-image hologram on a thermally deformable plastic |
| 4,153,856 | 05/08/1979 | Proximity focused element scale image display device |
| 4,148,636 | 04/10/1979 | Broadening the spatial frequency pass band of a thermoplastic layer |
| 4,137,478 | 01/30/1979 | Color flat panel television |
| 4,137,077 | 01/30/1979 | Broadening the spatial frequency pass band of a thermoplastic layer |
| 4,131,823 | 12/26/1978 | Modular flat display device with beam convergence |
| 4,121,137 | 10/17/1978 | System for achieving image uniformity in display devices |
| 4,103,205 | 07/25/1978 | Flat display device with beam guide |
| 4,103,204 | 07/25/1978 | Flat display device with beam guide |
| 4,088,920 | 05/09/1978 | Flat display device with beam guide |

**Thomas L. Credelle
Curriculum Vitae**

## Publications

1.  "Thermoplastic Media for Holographic Recording," RCA Review: A Technical Journal (1972)
2.  "Guided Beam Displays for Large Screen Flat-Panel Color TV," Information Display (1983)
3.  "Recent trends in color avionic LCDs," Information Display (1987)
4.  "Thin-film transistors for video applications," Inter. Display Research Conference Record (1988)
5.  "TFT-LCD for video applications," Information Display (1989)
6.  "LCDs," JTEC Panel Report on Display Technologies in Japan (1992)
7.  "Viewing-Angle-Enhancement System for LCDs" SID Digest of Technical Papers (1995)
8.  "SpectraVue™: A new system to enhance the viewing angle of LCDs," SID Journal (1997)
9.  "The Business Case for Motorola's Flat-Panel-Display Division," Information Display (1997)
10. "MTF of high-resolution PenTile Matrix™ displays," Proc Eurodisplay (2002)
11. "Adding a White Subpixel," Information Display (2005)
12. "Low Power, High-Pixel-Density Mobile Displays Using PenTile RGBW™ Architectures**,"** SID Mobile Displays Digest of Technical Papers (2006)
13. *"Invited Paper:* High-Pixel-Density Mobile Displays: Challenges and Solutions," SID Digest of Technical Papers (2006)

17