QUINN EMANUEL URQUHART & SULLIVAN LLP
Zachariah Summers (SBN 255284)
zachsummers@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

(Additional Representing Attorneys Named In Signature Block)

*Attorneys for Defendants VIZIO, AmTRAN, TPV, and Innolux*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC<br><br>Plaintiff,<br><br>v.<br><br>VIZIO, INC., HON HAI PRECISION INDUSTRY CO., LTD. D/B/A FOXCONN TECHNOLOGY GROUP, COMPETITION TEAM TECHNOLOGY USA INC., TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., TOP VICTORY INVESTMENTS LTD., TPV TECHNOLOGY LTD., TPV INTERNATIONAL (USA), INC., TREND SMART AMERICA, LTD., INNOLUX CORP., INNOLUX USA, INC., AMTRAN TECHNOLOGY CO., LTD., AMTRAN LOGISTICS, INC., and NEWEGG, INC.,<br><br>Defendants. | Case No. 2:23-cv-03478<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE TO PLAINTIFF'S RESPONSIVE CLAIM CONSTRUCTION BRIEFING**<br><br>Judge:     Honorable George Wu<br>Date:      April 4, 2024<br>Time:      8:30 a.m.<br>Courtroom: 9D |

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT ON April 4, 2024 at 8:30 a.m., or as soon thereafter as the matter may be heard before the Honorable George Wu in Courtroom 9D of the United States District Court for the Central District of California, Los Angeles Division, located at 350 West 1st Street, Los Angeles, CA, 90012, Defendants VIZIO, Inc. ("VIZIO"), and Hon Hai Precision Industry Co., Ltd. d/b/a Foxconn Technology Group, Competition Team Technology USA Inc. (collectively, "Foxconn"), Top Victory Electronics (Taiwan) Co. Ltd., Top Victory Investments Ltd., TPV Technology Ltd., TPV International (USA), Inc., and Trend Smart America, Ltd. (collectively, "TPV"), Innolux Corp., and Innolux USA Inc. (collectively, "Innolux"), AmTRAN Technology Co., Ltd., and AmTRAN Logistics, Inc. (collectively, "AmTRAN"), and Newegg, Inc. ("Newegg") (collectively, "Defendants"), by and through their respective counsel, will and hereby do submit their motion for leave to file a supplemental claim construction response.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on February 29, 2024 and again on March 7, 2024, and subsequent communications between the parties. Polaris PowerLED Technologies, LLC ("Polaris" or "Plaintiff") indicated it opposes the relief requested herein.

## I. INTRODUCTION

Defendants respectfully request leave to file a supplemental response and supporting declaration regarding the claim terms "staggered PWM brightness control signals" / "staggered pulse with moduled (PWM) brightness control signals." Leave is warranted because Polaris raised new arguments for the first time in its responsive claim construction brief that should have been raised in its opening brief. Defendants' short response will provide useful context, provide notice to Polaris of Defendants' response and supporting evidence, and allow for a more orderly *Markman* hearing.

## II. GOOD CAUSE EXISTS FOR ALLOWING DEFENDANTS' SUPPLEMENTAL BRIEFING

In its responsive claim construction brief, Polaris presented a new argument that the '148 Patent's disclosure of "staggered" signals allows for signals which "can be staggered in time and have the same duty cycle ***but have different frequencies***." *See* Dkt. 72-1 at p. 4 (emphasis added). On this basis, Polaris argues that Defendants' construction of "staggered," which states that the "staggered" signals are "identical" but out of phase, is incorrect, because Polaris alleges the signals can vary not just in phase, but in frequency. That argument is based on a fundamental misunderstanding of the claims and their recitation of the relevant signals as "out of phase."

Because Polaris first presented this argument in its responsive brief, Defendants now seek leave to file a short supplemental response and supporting expert declaration. As demonstrated by the attached Appx. A (proposed supplemental response and supplemental declaration with exhibits), Defendants seek to submit only limited argument and relevant evidence and testimony showing that to be "out of phase" as the signals in the claims are recited to be, the signals must "hav[e] the same frequency and waveshape" and thus cannot, as Polaris contends, have different frequencies.

There is good cause here for the Court to allow Defendants to submit their proposed supplemental brief and declaration.  *See* N.D. Cal. Patent Local Rule 1-3.[1] Courts have the discretion to allow supplemental claim construction briefing and arguments as needed.  *See, e.g., Power Integrations, Inc. v. ON Semiconductor Corp., et al.,* Case No. 5:16-cv-06371, Dkts. 181, 185 (N.D. Cal. Sept. 17, 2018) (granting supplemental claim construction where plaintiff raised new arguments in an *inter partes* review of an asserted patent after claim construction briefing had closed); *see also Uniloc 2017, LLC v. HTC America, Inc.,* Case No. 2:18-cv-1732-RSM, Dkts. 57, 64 (W.D. Wa. July 27, 2020) (same).  Doing so provides for a more orderly process at any subsequent hearing, and will give notice to Polaris regarding Defendants' response and supporting evidence.

### III. CONCLUSION

For the foregoing reasons, Defendants respectfully request leave to file the attached supplemental response and supporting declaration.

---

[1] The Court adopted the "substance of the Northern District of California's Local Patent Rules" in its Notes re August 7, 2023 Scheduling Conference.  Dkt. 51 at 2.

| | | |
|---|---|---|
| 1 | Dated: March 7, 2024 | /s/ *Zachariah Summers* |
| 2 | | Zachariah Summers |
| 3 | | zachsummers@quinnemanuel.com |
| 4 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 5 | | 865 S. Figueroa St., 10th Floor |
| 6 | | Los Angeles, California 90017 |
| 7 | | Telephone: (213) 443-3000 |
| 8 | | Facsimile: (213) 443-3100 |
| 9 | | Richard W. Erwine |
| 10 | | richarderwine@quinnemanuel.com |
| 11 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 12 | | 51 Madison Ave., 22nd Floor |
| 13 | | New York, NY 10010 |
| 14 | | Telephone: (212) 849-7000 |
| 15 | | Facsimile: (212) 849-7100 |
| 16 | | Yunzhi L. Lin |
| 17 | | leonlin@quinnemanuel.com |
| 18 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 19 | | 1200 Abernathy Road, Suite 1500 |
| 20 | | Atlanta, GA 30328 |
| 21 | | Telephone: (404) 482-3502 |
| 22 | | Facsimile: (404) 681-8290 |
| 23 | | *Attorneys of Record for VIZIO, Innolux Defendants, AmTRAN Defendants, and Top Victory Electronics Defendants* |
| 24 | | |
| 25 | | |
| 26 | | /s/ *Theodore J. Angelis* |
| 27 | | Theodore J. Angelis |
| 28 | | theo.angelis@klgates.com |

| | |
|---|---|
| 1 | Jay C. Chiu |
| 2 | jay.chiu@klgates.com |
| 3 | Elizabeth Weiskopf |
| | elizabeth.weiskopf@klgates.com |
| 4 | K&L GATES LLP |
| 5 | 925 Fourth Avenue |
| | Suite 2900 |
| 6 | Seattle, Washington 98104-1158 |
| 7 | Tele: 206 623-7580 |
| 8 | Fax: 206 623-7022 |

*Attorneys of Record for Hon Hai Defendants*

*/s/ Bethany M. Stevens*
Bethany M. Stevens
bstevens@wscllp.com
Hannah L. Cannom
hcannom@wscllp.com
WALKER STEVENS CANNOM LLP
500 Molino Street, Suite 118
Los Angeles, California 90013
Tel: 213 337-4551/Fax: 213 406-4906

*Attorneys of Record for Defendant Newegg, Inc.*

**ATTORNEY ATTESTATION**

I, Zachariah Summers, am the ECF User whose ID and password are being used to file this stipulation. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 7, 2024

> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> /s/ *Zachariah Summers*
> Zachariah Summers
> zachsummers@quinnemanuel.com
> 865 S. Figueroa Street, 10th Floor
> Los Angeles, CA 90017
> Telephone: (213) 443-3100
> Facsimile: (213) 443-3000

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for VIZIO, AmTRAN Defendants, Top Victory Electronics Defendants, and Innolux Defendants, certifies that this brief contains 465 words which complies with the word limit of L.R. 11-6.1 in the filing's content and have authorized the filing.

Dated: March 7, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP
/s/ Zachariah Summers
Zachariah Summers
zachsummers@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3100
Facsimile: (213) 443-3000

## PROOF OF SERVICE

I, Yunzhi Lin, hereby certify that on March 7, 2024, I electronically filed the foregoing document, **DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL CLAIM CONSTRUCTION RESPONSE**, with the Clerk of Court using the CM/ECF System which will send notification to all counsel of record.

Dated: March 7, 2024

/s/ *Yunzhi Lin*
Yunzhi L. Lin
leonlin@quinnemanuel.com
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
1200 Abernathy Road, Suite 1500
Atlanta, GA 30328
Telephone: (404) 482-3502
Facsimile: (404) 681-8290