# **EXHIBIT B**

DRP_PTABDecision@uspto.gov                                           Paper No. 37
571.272.7822                                                    Entered: May 14, 2025

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

VIZIO, INC.,
Petitioner,

v.

POLARIS POWERLED TECHNOLOGIES LLC,
Patent Owner.

IPR2024-00073
Patent 7,843,148 B2

Before JACQUELINE WRIGHT BONILLA, *Deputy Chief Administrative Patent Judge.*

ORDER
Delegated Rehearing Panel Identification
*37 C.F.R. § 42.5*

IPR2024-00073
Patent 7,843,148 B2

     The Acting Director has delegated the Director Review of the Final Written Decision to a Delegated Rehearing Panel.  *See* Paper 36; https://www.uspto.gov/patents/ptab/decisions/delegated-rehearing-panel ("Delegated Rehearing Panel process") § 2.C.

     Pursuant to the Delegated Rehearing Panel process § 2.A and PTAB Standard Operating Procedure 1, Rev. 16,[1] a Delegated Rehearing Panel has been designated to review the Final Written Decision.  *See* Paper 32.

     The Delegated Rehearing Panel for this proceeding consists of the following Administrative Patent Judges:  Chief Administrative Patent Judge Scott R. Boalick, Vice Chief Administrative Patent Judge Michael P. Tierney, and Vice Chief Administrative Patent Judge Michael W. Kim.

     This panel will constitute the Delegated Rehearing Panel and have authority over all matters in this proceeding until further notice.

     Accordingly,

     it is ORDERED.

---

[1] Available at https://www.uspto.gov/sites/default/files/documents/sop1_r16_final.pdf

IPR2024-00073
Patent 7,843,148 B2

For PETITIONER:

Sheila Swaroop
Marko Zoretic
Daniel Kiang
KNOBBE, MARTENS, OLSON, & BEAR, LLP
2sns@knobbe.com
2mrz@knobbe.com
2dck@knobbe.com


For PATENT OWNER:

David Alberti
Russell Tonkovich
KRAMER ALBERTI LIM & TONKOVICH LLP
dalberti@krameralberti.com
rtonkovich@krameralberti.com

Jason Fitzsimmons
Richard Bemben
Jennifer Chagnon
Michael Specht
STERNE, KESSLER, GOLDSTEIN & FOX PLLC
jfitzsimmons-ptab@sternekessler.com
rbemben-ptab@sternekessler.com
jchagnon-ptab@sternekessler.com
mspecht-ptab@sternekessler.com

3