**KRAMER ALBERTI LIM**
**& TONKOVICH LLP**
Robert F. Kramer (SBN 181706)
rkramer@krameralberti.com
David Alberti (SBN 220625)
dalberti@krameralberti.com
Sal Lim (SBN 211836)
slim@krameralberti.com
Russell S. Tonkovich (SBN 233280)
rtonkovich@krameralberti.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@krameralberti.com
Aidan Brewster (SBN 319691)
abrewster@krameralberti.com
950 Tower Lane, Suite 1725
Foster City, CA 94404
Tel: 650 825-4300
Fax: 650 460-8443

Attorneys for Plaintiff
Polaris PowerLED Technologies, LLC

**QUINN EMANUEL URQUHART**
**& SULLIVAN LLP**
Zachariah Summers (SBN 255284)
zachsummers@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel: 213 443-3000
Fax: 213 443-3100

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>VIZIO, INC., *et al*,<br><br>      Defendants. | Case No. 2:23-cv-03478-GW-PDx<br><br><br>**UPDATED JOINT STATUS REPORT** |

Pursuant to the Court's Order dated May 12, 2025 (Dkt. 97), Plaintiff Polaris PowerLED Technologies, LLC ("Polaris" or "Plaintiff") and Defendants VIZIO, Inc. et al.[1] respectfully submit this Joint Status Report regarding the stay pending the PTAB's Final Written Decision ("FWD") on IPR2024-00073 for U.S. Patent No. 7,843,148 (hereinafter, "'148 IPR").

As background, the PTAB issued its Institution Decision on March 6, 2024. The PTAB held oral argument on December 5, 2024. The PTAB issued the FWD on February 25, 2025, finding all claims of the '148 Patent unpatentable.

Polaris submitted a request for Director Review of the PTAB's FWD on March 27, 2025, and VIZIO submitted its opposition on April 3, 2025. On May 12, 2025, USPTO Acting Director Coke Morgan Stewart issued an order granting Polaris' request for Director Review and thereby delegated review of the PTAB's FWD to the Delegated Rehearing Panel ("DRP"). On June 11, 2025, the DRP issued its decision denying Polaris' Request for Director Review. *See* Ex. A (6/11/2025, Paper No. 38).

Polaris has determined that it will not appeal to the Federal Circuit the PTAB's Final Written Decision invalidating the patent claims of the '148 patent that were challenged in the IPR litigated by VIZIO.

---

[1] "Defendants" as used herein collectively consists of **(1)** *VIZIO*, *Inc.*, **(2)** *Foxconn* (Hon Hai Precision Industry Co., Ltd, and Competition Team Technology USA Inc.), **(3)** *Top Victory* (Top Victory Electronics (Taiwan) Co. Ltd., Top Victory Investments Ltd., TPV Technology Ltd., TPV International (USA), Inc., Trend Smart America, Ltd.), **(4)** *Innolux* (Innolux Corp., Innolux USA, Inc.), **(5)** *AmTran* (AmTran Technology Co., Ltd., and AmTran Logistics, Inc.), and **(6)** *Newegg, Inc.*

1

2

Dated: July 16, 2025                          By: /s/ Robert F. Kramer

3                                             Robert F. Kramer (SBN 181706)
                                              rkramer@krameralberti.com
4                                             David Alberti (SBN 220625)
                                              dalberti@krameralberti.com
5                                             Sal Lim (SBN 211836)
                                              slim@krameralberti.com
6                                             Russell S. Tonkovich (SBN 233280)
7                                             rtonkovich@krameralberti.com
                                              Jeremiah A. Armstrong (SBN 253705)
8                                             jarmstrong@krameralberti.com
                                              Aidan Brewster (SBN 319691)
9                                             abrewster@krameralberti.com
10                                            KRAMER ALBERTI LIM
                                              & TONKOVICH LLP
11                                            950 Tower Lane, Suite 1725
                                              Foster City, CA 94404
12                                            Tel: 650 825-4300
13                                            Fax: 650 460-8443

14

15                                            *Attorneys for Plaintiff*
                                              Polaris PowerLED Technologies, LLC
16

17

18

19

20

21

22

23

24

25

26

27

28

1

Dated: July 16, 2025

2

3

By: */s/ Richard W. Erwine*

Zachariah Summers
zachsummers@quinnemanuel.com
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

4

5

6

7

8

Richard W. Erwine
richarderwine@quinnemanuel.com
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

9

10

11

12

13

14

Yunzhi L. Lin
leonlin@quinnemanuel.com
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
1200 Abernathy Road, Suite 1500
Atlanta, GA 30328
Telephone: (404) 482-3502
Facsimile: (404) 681-8290

15

16

17

18

19

20

*Attorneys for Defendants*
VIZIO, Inc., Top Victory Electronics
(Taiwan) Co. Ltd., Top Victory
Investments Ltd., TPV Technology Ltd.,
TPV International (USA), Inc. Trend
Smart America, Ltd., Innolux Corp.,
Innolux USA Inc., AmTran Technology
Co., Ltd., and AmTran Logistics, Inc.

21

22

23

24

25

26

27

28

3

1  Dated: July 16, 2025                By: */s/ Theodore J. Angelis*
2
3                                      Theodore J. Angelis
                                       theo.angelis@klgates.com
4                                      Jay C. Chiu
                                       Jay.Chiu@klgates.com
5                                      Elizabeth Weiskopf
                                       Elizabeth.weiskopf@klgates.com
6                                      K&L GATES LLP
                                       925 Fourth Avenue
7                                      Suite 2900
8                                      Seattle, Washington 98104-1158
                                       Tele: 206 623-7580/Fax: 206 623-7022
9
10
                                       *Attorneys for Defendants*
11                                     Hon Hai Precision Industry Co., Ltd.
                                       d/b/a Foxconn Technology Group and
12                                     Competition Team Technology USA Inc.
13
14 Dated: July 16, 2025                By: */s/ Hannah L. Cannom*
15
16                                     WALKER STEVENS CANNOM LLP
                                       Bethany M. Stevens (SBN 245672)
17                                     bstevens@wscllp.com
                                       Hannah L. Cannom (SBN 245635)
18                                     hcannom@wscllp.com
                                       500 Molino Street, Suite 118
19                                     Los Angeles, California 90013
20                                     Tel: 213 337-4551/Fax: 213 406-4906
21
22                                     *Attorneys for Defendant*
                                       Newegg, Inc.
23
24
25         ATTESTATION: All other signatories listed, and on whose behalf the filing
26 is submitted, concur in the filing's content and have authorized the filing.
                                       */s/ Robert F. Kramer*
27
28