JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-3478-GW-PDx | Date | July 31, 2025 |
|---|---|---|---|
| Title | *Polaris PowerLED Technologies, LLC v. VIZIO, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeremiah A. Armstrong | Jay C. Chiu |
| | Bethany Stevens |

**PROCEEDINGS:** TELEPHONIC CONFERENCE

Court and counsel confer. In light of counsel for Plaintiff's representation that Polaris PowerLED Tech does not want to litigate this matter any further, and for reasons stated on the record, the Court hereby dismisses this action without prejudice. Each side is to bear their own fees and costs.

: 03

Initials of Preparer  JG