QUINN EMANUEL URQUHART & SULLIVAN LLP
Zachariah Summers (SBN 255284)
zachsummers@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel: 213 443-3000
Fax: 213 443-3100

Richard Erwine (*pro hac vice*)
richarderwine@quinnemanuel.com
Yunzhi Leon Lin (*pro hac vice*)
leonlin@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC<br><br>Plaintiff,<br><br>v.<br><br>VIZIO, INC., HON HAI PRECISION INDUSTRY CO., LTD. D/B/A FOXCONN TECHNOLOGY GROUP, COMPETITION TEAM TECHNOLOGY USA INC., TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., TOP VICTORY INVESTMENTS LTD., TPV TECHNOLOGY LTD., TPV INTERNATIONAL (USA), INC., TREND SMART AMERICA, LTD., INNOLUX CORP., INNOLUX USA, INC., AMTRAN TECHNOLOGY CO., LTD., AMTRAN LOGISTICS, INC., and NEWEGG, INC.,<br><br>Defendants. | Case No. 2:23-cv-03478<br><br>**DEFENDANTS' UNOPPOSED MOTION TO AMEND JUDGMENT UNDER FEDERAL RULES OF CIVIL PROCEDURE RULE 59(e)**<br><br>Judge: Honorable George Wu<br>Date: September 8, 2025<br>Time: 8:30 AM<br>Courtroom: 9D |

TO THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that at the above time and place, the above-named Defendants will and hereby does move for an order pursuant to Federal Rule of Civil Procedure 59(e) to amend the final judgment to reflect dismissal *with* prejudice.

This Motion is made following the conferences of counsel on August 4, 2024, pursuant to Local Rule 37-1.

This motion is based on this Notice of Motion and Memorandum of Points and Authorities below, and all materials incorporated or relied upon in it, and matters of which this Court may take judicial notice, and any and all other materials the Court deems proper.

Dated: August 11, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP
*/s/ Zachariah Summers*
Zachariah Summers
Attorney for Defendant VIZIO, Inc.

1    Defendants respectfully move this Court, pursuant to Federal Rule of Civil

2 Procedure 59(e), to amend the final judgment to reflect dismissal *with* prejudice.

3    The PTAB recently invalidated the asserted claims of the sole asserted patent

4 in this case:  US Patent No. 7,843,148. *See Vizio, Inc. v. Polaris PowerLED Techs.,*

5 *LLC*, IPR2024-00073 (P.T.A.B).  On July 31, 2025, this Court dismissed Plaintiff

6 Polaris PowerLED Technologies Ltd.'s claims *without prejudice* in light of Polaris's

7 representation that it did not wish to pursue this case further in view of the PTAB's

8 decision.  Defendants respectfully request that the Court amend its July 31, 2025

9 Order pursuant to Rule 59(e) to reflect a dismissal *with prejudice*, with each side

10 bearing its own costs and fees.  Polaris has confirmed that it does not oppose this

11 request.

12    Dismissal with prejudice is proper to adequately reflect the outcome of the case

13 in the record, in case of subsequent litigation.  Courts in the 9th Circuit have

14 previously ordered dismissal of a case with prejudice when all asserted claims of a

15 patent have been found invalid by a PTAB proceeding. *See, e.g., Deep Sky Software,*

16 *Inc. v. Sw. Airlines Co.,* No. 10-CV-1234-CAB (KSC), 2015 WL 10844231, at *3

17 (S.D. Cal. Aug. 19, 2015) (dismissing Plaintiff's case with prejudice after IPR found

18 all asserted claims invalid).  And dismissal with prejudice is appropriate where it

19 would be inappropriate or prejudicial to "to allow plaintiff to refile the action.'"

20 *Williams v. Peralta Cmty. Coll. Dist*., 227 F.R.D. 538, 539-40 (N.D. Cal. 2005)

21 (quoting *Burnette v. Godshall*, 828 F. Supp. 1439, 1443 (N.D. Cal. 1993), *aff'd sub*

22 *nom. Burnette v. Lockheed Missiles & Space Co*., 72 F.3d 766, 767 (9th Cir. 1995)).

23    Polaris's agreement to not oppose this motion reinforces that dismissal with

24 prejudice is appropriate. The parties have further agreed that there will be no further

25 motion practice after dismissal with prejudice.

26    For the reasons set forth above, Defendants respectfully request this Court

27 amend its July 31, 2025 order to dismiss this case *with* prejudice.

28

Dated: August 11, 2025

/s/  *Zachariah Summers*
Zachariah Summers
zachsummers@quinnemanuel.com
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Richard W. Erwine
richarderwine@quinnemanuel.com
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Yunzhi L. Lin
leonlin@quinnemanuel.com
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
1200 Abernathy Road, Suite 1500
Atlanta, GA 30328
Telephone: (404) 482-3502
Facsimile: (404) 681-8290

*Attorneys of Record for VIZIO, Innolux Defendants, AmTRAN Defendants, and Top Victory Electronics Defendants*

/s/ *Theodore J. Angelis*
Theodore J. Angelis
theo.angelis@klgates.com
Jay C. Chiu
jay.chiu@klgates.com
Elizabeth Weiskopf
elizabeth.weiskopf@klgates.com
K&L GATES LLP
925 Fourth Avenue

-3-

Case No. 2:23-cv-03478

1

2    Suite 2900
     Seattle, Washington 98104-1158
3    Tele: 206 623-7580/Fax: 206 623-7022

4    *Attorneys of Record for Hon Hai Defendants*

5

6    */s/ Hannah L. Cannom*
     Bethany M. Stevens
7    bstevens@wscllp.com
     Hannah L. Cannom
8    hcannom@wscllp.com
9    WALKER STEVENS CANNOM LLP
     500 Molino Street, Suite 118
10   Los Angeles, California 90013
11   Tel: 213 337-4551/Fax: 213 406-4906

12   *Attorneys of Record for Defendant Newegg, Inc.*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ATTORNEY ATTESTATION

I, Zachariah Summers, am the ECF User whose ID and password are being used to file this stipulation. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 11, 2025

> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> */s/ Zachariah Summers*
> Zachariah Summers
> zachsummers@quinnemanuel.com
> 865 S. Figueroa Street, 10th Floor
> Los Angeles, CA 90017
> Telephone: (213) 443-3100
> Facsimile: (213) 443-3000

1

## <u>PROOF OF SERVICE</u>

2

I, Yunzhi Lin, hereby certify that on August 11, 2025, I electronically filed

3

the foregoing document, DEFENDANTS' MOTION TO AMEND JUDGMENT,

4

with the Clerk of Court using the CM/ECF System which will send notification

5

to all counsel of record.

6

7

8

9

10

Dated: August 11, 2025

11

12

13

14

15

/s/ *Yunzhi Lin*
Yunzhi L. Lin
leonlin@quinnemanuel.com
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
1200 Abernathy Road, Suite 1500
Atlanta, GA 30328
Telephone:  (404) 482-3502
Facsimile:  (404) 681-8290

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:23-cv-03478

DEFENDANTS' UNOPPOSED MOTION TO AMEND JUDGMENT