UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC<br><br>Plaintiff,<br><br>v.<br><br>VIZIO, INC., HON HAI PRECISION INDUSTRY CO., LTD. D/B/A FOXCONN TECHNOLOGY GROUP, COMPETITION TEAM TECHNOLOGY USA INC., TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., TOP VICTORY INVESTMENTS LTD., TPV TECHNOLOGY LTD., TPV INTERNATIONAL (USA), INC., TREND SMART AMERICA, LTD., INNOLUX CORP., INNOLUX USA, INC., AMTRAN TECHNOLOGY CO., LTD., AMTRAN LOGISTICS, INC., and NEWEGG, INC.,<br><br>Defendants. | Case No. CV 23-3478-GW-PDx<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO AMEND JUDGMENT UNDER FEDERAL RULES OF CIVIL PROCEDURE RULE 59(e)** |

Having reviewed Defendants' Motion to Amend Judgment Under Federal Rule of Civil Procedure Rule 59(e) and finding it unopposed, the Court finds that Defendants' Motion should be and hereby is **GRANTED**. This case is hereby **DISMISSED WITH PREJUDICE.** Each side is to bear their own fees and costs.

The hearing on the Motion set for September 8, 2025 is vacated and taken off-calendar.

**IT IS SO ORDERED.**

Dated: September 5, 2025

_____
HON. GEORGE H. WU,
United States District Judge